Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteeemail@ch13ut.org

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, NORTHERN DIVISION**

| | |
|---|---|
| IN RE: <br> BART L GUNNELL <br> MACKENZIE R GUNNELL | CASE NO: 19-23929 <br><br> Chapter 13 |
| Debtors | Hon. KEVIN R. ANDERSON |

**ORDER ESTABLISHING THE POT RETURN TO UNSECURED CREDITORS FOR DISBURSEMENT PURSUANT TO THE ORDER CONFIRMING CHAPTER 13 PLAN**

Pursuant to paragraph number 6a(4) of the Order Confirming Debtor's Chapter 13 plan and the Trustee's Declaration Establishing Pot Return to Unsecured Creditors in regard to the treatment of the 2019 tax refund, it is hereby ORDERED:

The pot return to unsecured creditors is increased to $2,884.00.

**END OF DOCUMENT**

2

DESIGNATION OF PARTIES TO BE SERVED

**By Electronic Services:** The parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing ORDER through the CM/ECF system:

E. KENT WINWARD, ECF Notification

**By U.S. Mail** - In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

BART L GUNNELL & MACKENZIE R GUNNELL, 276 NORTH 100 EAST, PROVIDENCE, UT 84332